```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
KIMBERLY VELASQUEZ, on behalf of
herself and others similarly situated,  :

                Plaintiff,    :
                                             15cv3068
        -against-             :

SAFI–G, INC., et ano.,        :          ORDER

                Defendants.   :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/15

WILLIAM H. PAULEY III, District Judge:

Plaintiff submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Because this is an FLSA action, Court approval is required before Plaintiff can dismiss this action. See Armenta v. Dirty Bird Grp., LLC, No. 13cv4603, 2014 WL 3344287, at *3 (S.D.N.Y. June 27, 2014). This Court adopts the following:

1. Counsel for Defendants is directed to file a notice of appearance.

2. The initial pre-trial conference scheduled for July 31, 2015 is adjourned without date.

3. The parties are directed to submit their settlement agreement and an explanation of why the parties believe it to be fair and reasonable by August 7, 2015.

Dated: July 21, 2015
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Jason T. Brown
Patrick Sidney Almonrode
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
*Counsel for Plaintiff*