

155 2nd STREET, SUITE 4 • JERSEY CITY, NEW JERSEY 07302 • TEL (877) 561-0000 • FAX (855) JTB-LAWS

WWW.IFIGHTFORYOURRIGHTS.COM

William H. Pauley III, U.S.D.J.
District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

October 13, 2015

<strong><u>Re: <em>Velasquez v. Safi-G, et al.</em>, 15-cv-03068-WHP</u></strong>

Your Honor,

    Please be informed that, pursuant to the Court's order dated October 7, 2015 (Dkt. 11), payment in the amount of $2,883.63 has been received by Plaintiff Kimberlyn Velasquez. The undersigned therefor respectfully requests that the Court close this case with prejudice.

                                           Respectfully submitted,

                                           Patrick S. Almonrode
                                           JTB Law Group, LLC

                                           *Counsel for Plaintiff*
                                           *Kimberlyn Velasquez*