

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/15

155 2nd STREET, SUITE 4 · JERSEY CITY, NEW JERSEY 07302 · TEL (877) 561-0000 · FAX (855) JTB-LAWS
WWW.IFIGHTFORYOURRIGHTS.COM

# MEMO ENDORSED

William H. Pauley III, U.S.D.J.
District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

October 13, 2015

### Re: *Velasquez v. Safi-G, et al.*, 15-cv-03068-WHP

Your Honor,

Please be informed that, pursuant to the Court's order dated October 7, 2015 (Dkt. 11), payment in the amount of $2,883.63 has been received by Plaintiff Kimberlyn Velasquez. The undersigned therefor respectfully requests that the Court close this case with prejudice.

Application granted. The Clerk
of the Court is directed to
close this case.

Respectfully submitted,

Patrick S. Almonrode
JTB Law Group, LLC

*Counsel for Plaintiff
Kimberlyn Velasquez*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.                    10/13/15